

198 P.3d 730

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### January 12, 2009

| 28412 | Okamura v. C.T.C. Const. Co. | Affirmed |

### January 13, 2009

| 29078 | State v. Assaye | Affirmed and Remanded |

### January 20, 2009

| 28914 | Acquila v. Davies | Affirmed |
| 28932, 28933 | "R" Children, In re | Affirmed |
| 27357 | State v. Vincent | Affirmed |
| 28807 | Walden v. Flanigan | Affirmed |

### January 22, 2009

| 28344 | Haines v. Haines | Affirmed |
| 28541 | State v. Montervon | Affirmed |

### January 23, 2009

| 28848 | Razo v. State | Affirmed |
| 28893 | State v. Kimmel | Affirmed |
| 28926 | State v. Knauf | Affirmed |